In the matter of Herman Fromme, an attorney. No opinion. Referred to official referee. Settle order on notice. See, also, 153 App. Div. 894, 137 N. Y. Supp. 1121.

FRONCKOWIAK et al., Appellants, v. PLATEK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Magdalena Fronckowiak and others against John Platek and another. No opinion. Judgment affirmed, with costs. See, also, 152 App. Div. 301, 136 N. Y. Supp. 522.

FRONCZAK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Pelagia Fronczak, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

GAINSBORG, Respondent, v. DEUTERMANN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Casta Gainsborg against Charles Deutermann and another. No opinion. Order modified, on argument, in so far as appealed from, in all respects, and, as modified, affirmed, with $10 costs and disbursements to the appellant Deutermann. Settle order before Mr. Justice Carr.

GEITNER, Respondent, v. WESTINGHOUSE MACH. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by George B. Geitner against the Westinghouse Machine Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., dissents.

GENEVA MINERAL SPRINGS CO., Limited, Respondent, v. STEELE, Appellant, et al. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by the Geneva Mineral Springs Company, Limited, against Charles A. Steele, impleaded with Stephen Coursey and others. No opinion. Judgment unanimously affirmed, with costs. See, also, 138 N. Y. Supp. 1117.

GERETY, Appellate, v. CONTINENTAL PUBLIC WORKS CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by John L. Gerety against the Continental Public Works Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of People v. Remington, 45 Hun, 329, on page 338, affirmed 109 N. Y. 631, 16 N. E. 680; Matter of Stryker, 73 Hun, 327, 26 N. Y. Supp. 209, affirmed

158 N. Y. 526, 53 N. E. 525, 70 Am. St. Rep. 489.

GERSON et al. v. BLANCK et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Robert Gerson and others against Max Blanck and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 47.

GIBSON, Respondent, v. CASEIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Bessie Gibson, as administratrix, etc., of Ira Gibson, deceased, against the Casein Manufacturing Company. No opinion. Reargument ordered, on account of absence of a quorum for a decision.

GLEASON v. MERCHANTS' REFRIGERATING CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Timothy Gleason against the Merchants' Refrigerating Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1124.

GLENNON v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Alice Glennon, an infant, by Matthew Glennon, her guardian ad litem, against the City of New York and the Tide Water Building Company. No opinion. Order unanimously affirmed, with costs.

GLOVER, Respondent, v. H. P. NELSON CO., Appellant. (Appeal No. 1.) (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Charles A. Glover against H. P. Nelson Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion for judgment on the pleadings denied, with $10 costs, upon the ground that the complaint fails to show that satisfactory settlements had been received by the defendant from shipments made to various dealers to whom plaintiff sold, and under the contract commissions were only to be due and payable in that event.

HIRSCHBERG, J., votes to reverse upon the authority of Hilton & Dodge Lumber Co. v. Sizer & Co., 137 App. Div. 661, 122 N. Y. Supp. 306, with whom RICH, J., concurs.

GLOVER, Respondent, v. H. P. NELSON CO., Appellant. (Appeal No. 2.) (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Charles A. Glover against H. P. Nelson Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the ground that the complaint on which the warrant of attachment here-